UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VISHVAJITSINH RANA,

                Petitioner,

   v.

WILLIAM P. BARR,

                Respondents.

Case No. C20-561-MJP-MLP

ORDER GRANTING PARTIES' STIPULATED MOTION FOR EXTENSION OF TIME

Finding good cause, the Court GRANTS the parties' stipulated motion for extension of time. (Dkt. # 9.) Petitioner shall file a response to Respondents' motion to dismiss on or before **June 15, 2020**. The Clerk is directed to RE-NOTE Respondents' motion to dismiss (dkt. # 5) for June 19, 2020, and to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 2nd day of June, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR EXTENSION OF TIME - 1