UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VISHVAJITSINH RANA,

                Petitioner,

     v.

WILLIAM P. BARR, et al.,

                Respondents.

Case No. C20-561-MJP-MLP

REPORT AND RECOMMENDATION

Petitioner, proceeding through counsel, initiated this 28 U.S.C. § 2241 habeas action to obtain a stay of removal and challenge his expedited removal order based on a negative credible fear determination by an asylum officer and immigration judge. (Dkt. # 1.) The Court stayed Petitioner's removal pending adjudication of the merits of his claims. (*See* Dkt. # 3.)

Although the Immigration and Nationality Act ("INA") precludes judicial review of Petitioner's claims, *see* 8 U.S.C. § 1252(e)(2), the Court assumed jurisdiction over the action pursuant to *Thuraissigiam v. U.S. Department of Homeland Security*, 917 F.3d 1097 (9th Cir. 2019), which held that § 1252(e)(2) violates the Suspension Clause as applied to claims like Petitioner's. On June 25, 2020, however, the Supreme Court reversed the Ninth Circuit, holding that § 1252(e)(2)'s prohibition on judicial review does not violate the Suspension or Due Process

Clauses and remanding for dismissal of the habeas petition. *U.S. Dep't of Homeland Sec. v. Thuraissigiam*, --- S. Ct. ----, 2020 WL 3454809, at **3, 7-9, 17-19 (June 25, 2020).

Given the Supreme Court's decision, it is clear that this Court does not have jurisdiction to consider Petitioner's claims. Accordingly, the Court recommends that the Government's motion to dismiss (dkt. # 5) be GRANTED, the stay of removal (dkt. ## 3) be VACATED, and Petitioner's habeas petition be DISMISSED without prejudice for lack of jurisdiction.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on July 17, 2020.

Dated this 29th day of June, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2